**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Remuda Energy Transportation, LLC**              CASE NO

                                                           CHAPTER  7

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  2/16/2020                    Signature _____
                                             *Tom Ramsey*
                                             *CEO*

Date  _____       Signature _____

```
De Lage Landen
Attn: legal
1212 Corporate Drive
Suite 340
Irving, TX 75038

IACX Energy
5001 LBJ Freeway
Suite 300
Dallas, TX 75244


Internal Revenue Service
Special Procedures - Insolvency
PO Box 7346
Philadelphia, PA 19101-7346


Lucid Arthesia Company
f/k/a Agave Energy Company
3100 McKinnon Street
Suite 800
Dallas, TX 75201

Lucid Energy Delaware, LLC
3100 McKinnon Street
Suite 800
Dallas, TX 75201


Lucid Energy Delaware, LLC
c/o Lillard Wise Szygenda PLLC
13760 Noel Road, Suite 1150
Dallas, TX 75240


Occidental Energy Marketing Inc.
c/o Gibbs & Bruns LLP
1100 Louisiana, Suite 5300
Houston, TX 77002


Occidental Energy Marketing, Inc.
5 Greenway Plaza
Suite 110
Houston, TX 77046-0506


Parsley Energy, L.P.
c/o Davis, Gerald & Cremer
400 W. Illinois, Suite 1400
Midland, TX 79701
```

```
Parsley Energy, L.P.
500 W. Texas Ave.
Midland, TX 79701



Ricoh Financial Services LLC
Attn: legal
300 Eagleview Blvd.
Exton, PA 19341


Texas Attorney General's Office
Bankruptcy-Collections Division
PO Box 12548
Austin, TX 78711-2548


Texas Comptroller of Public Accounts
Revenue Accounting Division
Bankruptcy Section
PO Box 13528
Austin, TX 78711

United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242-1699
```